RESET FORM

L R Civ P 16.1 Form (Rev. 04/2025)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

Gary W. Casdorph and
Diana L. Casdorph

**v.**                                                      **CASE NO.**  3:25-cv-00213

Vanderbilt Mortgage & Finance, Inc.

---

*Guideline for parties and attorneys:*
**The parties are advised to use the *Worksheet for Report of Parties' Planning Meeting***
**(located on the Court's website at www.wvsd.uscourts.gov) and the suggested**
**Guidelines contained in the form's comments.**

---

## REPORT OF PARTIES' PLANNING MEETING

1.       Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, a meeting was held on
November 24, 2025                        . Those participating were:

Daniel F. Hedges               for plaintiff(s)

**Carrie Goodwin Fenwick**      for defendant(s)    **Vanderbilt Mortgage & Finance, Inc.**

**James C. Lester**             for defendant(s)    **Vanderbilt Mortgage & Finance, Inc.**

_____              for defendant(s)    _____

2.       Pre-Discovery Initial Disclosures. The parties will exchange by December 29, 2025  the
information required by Fed. R. Civ. P. 26(a)(1).

3.       Plaintiff(s) should be allowed until December 24, 2025  to join additional parties and until
December 24, 2025   to amend the pleadings. Defendant(s) should be allowed until
January 7, 2026   to join additional parties and until January 7, 2026  to amend the pleadings.

4.      Discovery Plan. The parties jointly propose to the court the following discovery plan [Use separate paragraphs or subparagraphs as necessary if the parties disagree.]:

a.      Discovery will be needed on the following subjects:

Claims made in the Complaint and the defenses asserted in the Answer.

b.      The parties have reviewed Local Rule 26.5 and have discussed how the preservation, discovery, and disclosure of electronically stored information ("ESI") should be handled, including the following:

i.      It is likely that one or more parties will seek discovery of electronically stored information such as emails, files or documents stored on a server or computer, or other electronic documents.

☑ Yes          ☐ No

**(If No, no other fields in Section 4.b need to be completed.)**

The parties have generally agreed upon a format for production of ESI, as follows:

ii.     The parties believe it is possible that metadata may be relevant in this case, such as the date stamp when an electronic document was created or modified.

☑ Yes          ☐ No

The parties have generally agreed upon a format for production of such metadata, as follows:

2

    iii.    At this time, the parties have agreed on what ESI is "reasonably accessible" as defined in R. 26(b)(2)(B).

☐ Yes      ☐ No

If no, identify the nature of any dispute:

.

    iv.    Have the parties agreed on any search protocol for review of electronic data including methods to filter the data?

☐ Yes      ☑ No

If yes, please describe:

.

If no, please identify what issues remain outstanding:

    v.    Are there any unresolved issues pertaining to the preservation of ESI? If so, please describe:

vi.    Other. Identify all other outstanding issues or disputes concerning ESI:

c.    The parties agree to file a joint motion for the entry of a protective order and to complete and submit with the motion the court's preferred Agreed Protective Order found online at www.wvsd.uscourts.gov.

☑ Yes        ☐ No

If no, please explain:

d.    The parties agree to file a joint motion for the entry of an Order Governing the Inadvertent Disclosure of Documents or Other Material and to complete and submit with the motion the court's preferred Agreed Order Governing the Inadvertent Disclosure of Documents or Other Material found online at www.wvsd.uscourts.gov.

☑ Yes        ☐ No

If no, please explain:

e.    The parties agree to file a joint motion for the entry of an Agreed Order Setting Deposition Protocol and to complete and submit with the motion the court's optional Order Setting Deposition Protocol available online at www.wvsd.uscourts.gov.

☑ Yes        ☐ No

f.    The last day to serve discovery requests is  __April 20, 2026__. The last date on which to take a discovery deposition is 45 days after the last date to serve discovery requests. The last date on which to take a discovery deposition is known as the

4

"discovery completion date." [Discovery on __fact witnesses__ to be completed by __June 30, 2026__.]

g. The parties adopt the discovery limits set forth in the Federal Rules of Civil Procedure.

☑ Yes        ☐ No

If the parties and attorneys believe that more discovery is needed, the basis for that belief is:

h. The parties believe that this case requires additional judicial oversight such as special case management procedures or regularly held conferences.

☐ Yes        ☑ No

If yes, please describe why the case requires additional judicial oversight and the type of oversight requested:

i. Reports from retained experts under Rule 26(a)(2) due:

By the party bearing the burden of proof on an issue: __August 30, 2026__.

By the party not bearing the burden of proof on an issue: __September 30, 2026__.

Expert witness disclosures intended solely to contradict or rebut evidence on the same issue identified by another party: __October 10, 2026__.

5. Magistrate judges will resolve all discovery disputes. The parties __do not consent__ to have a United States Magistrate Judge conduct any further proceedings in this case, including trial, and order the entry of a final judgment.

6. Mediation shall take place on or before __July 9, 2026__.

7. Potential dispositive motions shall be filed by __October 30, 2026__, with responses and replies filed according to the Local Rules.

5

8.  The parties request a pretrial conference in __December 3, 2026__ .

The Plaintiff(s) shall submit a proposed pretrial order to Defendant(s) on or before __November 19, 2026__ .

The Defendant(s) shall compile a proposed integrated pretrial order and submit it to chambers of the presiding judicial officer on or before __November 26, 2026__ .

9.  Where applicable, proposed jury instructions shall be exchanged and transmitted to chambers of the presiding judicial officer in Microsoft Word format on or before __December 8, 2026__ .

10. Where applicable, findings of fact and conclusions of law shall be exchanged and transmitted to chambers of the presiding judicial officer in Microsoft Word format on or before __December 3, 3026__ .

11. A final settlement conference will take place on __December 16, 2026__ .

12. The case shall be ready for trial by __December 17, 2026__ , and at this time is expected to take approximately __3__ days.

The parties __do not request__ a conference with the court before the entry of the scheduling order.


s/ Carrie Goodwin Fenwick
_____
*Signature*

Carrie Goodwin Fenwick (WVSB 7164)
Goodwin & Goodwin, LLP
300 Summers St., Suite 1500
Charleston, WV 25064
Telephone:  304.346.7000
Telefax:  304.344.9692


*Counsel for:* Vanderbilt Mortgage & Finance, Inc.


s/ Daniel F. Hedges
_____
*Signature*

Daniel F. Hedges (WVSB No. 1660)
Sarah K. Brown (WVSB No. 10845)
Mountain State Justice, Inc.
1217 Quarrier Street
Charleston, WV 25301
Telephone:  304.344.3144
Telefax:  304.344.3145


*Counsel for:* _____


s/_____
*Signature*


*Counsel for:* _____


s/_____
*Signature*


*Counsel for:* _____