**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

| | |
|---|---|
| GARY W. CASDORPH and<br>DIANA L. CASDORPH,<br><br>PLAINTIFFS,<br><br>V.<br><br>VANDERBILT MORTGAGE & FINANCE, INC.,<br><br>DEFENDANT. | CASE NO. 3:25-CV-213 |

**VANDERBILT MORTGAGE AND FINANCE, INC.'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendant Vanderbilt Mortgage and Finance, Inc. ("VMF") hereby moves for summary judgment on all claims asserted in Plaintiffs Gary W. Casdorph and Diana L. Casdorph's Amended Complaint. Doc. 19.[1] In seeking this relief, VMF relies on its contemporaneously filed Memorandum of Law in Support of Motion for Summary Judgment against Plaintiffs and the exhibits attached hereto, as listed below:

**Exhibit 1**, Executed Declaration of Brian Moore

**Sub-Exhibit 1-A**, Credit Application, VMF-Casdorph_0000849–54

**Sub-Exhibit 1-B**, Credit Reports, VMF-Casdorph_0000648–64

**Sub-Exhibit 1-C**, Equifax Verification Services Report, VMF-Casdorph_0000830–31

**Sub-Exhibit 1-D**, Request for Verification of Employment, VMF-Casdorph_0000837

**Sub-Exhibit 1-E**, Link Notes, VMF-Casdorph_0001574–1699

[1] On September 28, 2026, the Casdorphs filed a Motion to Amend Amended Complaint. Doc. 66. This motion remains pending.

**Sub-Exhibit 1-F**, Prior Denied Loan Applications, VMF-Casdorph_0005354, 5361, 5365, 5372

**Sub-Exhibit 1-G**, Vanderbilt Underwriting Summary, VMF-Casdorph_0000829

**Sub-Exhibit 1-H**, Home Protection Plan Coverage, VMF-Casdorph_0001314

**Sub-Exhibit 1-I**, Property Insurance and Optional Home Buyer Protection/Home Protection Plan Coverage Disclosure and Acknowledgment, VMF-Casdorph_0000595

**Sub-Exhibit 1-J**, American Bankers Policy, VMF-Casdorph_0001835–36

**Sub-Exhibit 1-K**, DebtPad and Preliminary Loan Terms Sheet, VMF-Casdorph_0001700–23

**Sub-Exhibit 1-L**, Conditional Loan Approval from May 24, 2023, VMF-Casdorph_0000465–68

**Sub-Exhibit 1-M**, Revised Conditional Loan Approval Sheets, VMF-Casdorph_0000369–71, 376–78, 380–82, 415–20

**Sub-Exhibit 1-N**, Pre-Closing Disclosure, VMF-Casdorph_0000362–64

**Sub-Exhibit 1-O**, Important Closing Notice to Borrower(s), VMF-Casdorph_0001065–66

**Sub-Exhibit 1-P**, Closing Disclosure, VMF-Casdorph_0001976–80

**Sub-Exhibit 1-Q**, Deed of Trust and Manufactured Home Rider to Security Instrument, VMF-Casdorph_0000518–38

**Sub-Exhibit 1-R**, Consumer Loan Note and Security Agreement, VMF-Casdorph_0000596–601

**Sub-Exhibit 1-S**, Property Insurance Notices, VMF-Casdorph_0000287–95

**Sub-Exhibit 1-T**, Notice of Placement of Hazard Insurance, VMF-Casdorph_0000080–84

**Sub-Exhibit 1-U**, Email Cancelling Insurance and Retaining Home Protection Plan, VMF-

Casdorph_0000919

**Sub-Exhibit 1-V**, 2023.05.23 Phone Call Recording, VMF-Casdorph_0002339[2]

**Sub-Exhibit 1-W**, 2023.05.30 Phone Call Recording, VMF-Casdorph_0002319

**Sub-Exhibit 1-X**, 2023.05.31 Phone Call Recording, VMF-Casdorph_0002343

**Sub-Exhibit 1-Y**, 2023.09.20 Phone Call Recording, VMF-Casdorph_0002347

**Sub-Exhibit 1-Z**, 2023.10.06 Phone Call Recording, VMF-Casdorph_0002337

**Sub-Exhibit 1-AA**, 2023.10.26 Phone Call Recording, VMF-Casdorph_0002353

**Sub-Exhibit 1-BB**, 2024.02.09 Phone Call Recording, VMF-Casdorph_0002254

**Sub-Exhibit 1-CC**, 2025.01.13 Phone Call Recording, VMF-Casdorph_0002277

**Sub-Exhibit 1-DD**, 2025.01.15 Phone Call Recording, VMF-Casdorph_0002305

**Sub-Exhibit 1-EE**, 2025.01.21 Phone Call Recording, VMF-Casdorph_0002309

**Exhibit 2**, Executed Declaration of Brandon Maynard

**Exhibit 3**, Executed Declaration of Travis Townsend

**Exhibit 4**, Transcript of Deposition of Diana Casdorph

**Exhibit 5**, Transcript of Deposition of Gary Casdorph

**Exhibit 6**, Transcript of Deposition of Brian Moore

**Exhibit 7**, Transcript of Deposition of Todd Lewelling

**Exhibit 8**, Transcript of Deposition of Christy Smith

**Exhibit 9**, Email with Completed Closing Documents, CASDORPH000152, 267–70

**Exhibit 10**, Texts with Brandon Maynard, CASDORPH000272, CASDORPH000283

**Exhibit 11**, American Arbitration Association Award

---

[2] Sub-Exhibits 1-V through 1-EE are audio recordings that cannot be converted to PDF electronic form. Accordingly, pursuant to Section 14.9 of the Court's Administrative Procedures for Electronic Case Filing, these sub-exhibits are being submitted directly to the Clerk's Office. The requisite notice of non-ECF filing is attached to this Motion.

**Exhibit 12**, Closing Disclosure, CASDORPH000138–42

**Exhibit 13**, Sales Worksheet, CASDORPH000079

**Exhibit 14**, Preliminary Loan Terms Sheet, CASDORPH000073

**Exhibit 15**, Pre-Closing Disclosures, CASDORPH000524–26

**Exhibit 16**, Important Closing Notice to Borrower(s), CASDORPH000131–32

**Exhibit 17**, Notice of Lender-Placed Insurance, CASDORPH000196–97

**Exhibit 18**, Notice of Placement of Hazard Insurance, CASDORPH000203–04

**Exhibit 19**, Marsha Courchane Declaration

**Sub-Exhibit 19-A**, Courchane Report

**Exhibit 20**, Michael Gutierrez Declaration

**Sub-Exhibit 20-A**, Gutierrez Report

**Exhibit 21**, Confirmation of Cancellation of Lender-Placed Insurance

**Exhibit 22**, 2023.05.23 Phone Call Transcript, VMF-Casdorph_0002339

**Exhibit 23**, 2023.05.30 Phone Call Transcript, VMF-Casdorph_0002319

**Exhibit 24**, 2023.05.31 Phone Call Transcript, VMF-Casdorph_0002343

**Exhibit 25**, 2023.09.20 Phone Call Transcript, VMF-Casdorph_0002347

**Exhibit 26**, 2023.10.06 Phone Call Transcript, VMF-Casdorph_0002337

**Exhibit 27**, 2023.10.26 Phone Call Transcript, VMF-Casdorph_0002353

**Exhibit 28**, 2024.02.09 Phone Call Transcript, VMF-Casdorph_0002254

**Exhibit 29**, 2025.01.13 Phone Call Transcript, VMF-Casdorph_0002277

**Exhibit 30**, 2025.01.15 Phone Call Transcript, VMF-Casdorph_0002305

**Exhibit 31**, Declaration of Bernard Nibert

Respectfully submitted this 1st day of October, 2026.

/s/ Carrie Goodwin Fenwick
Carrie Goodwin Fenwick (WV Bar 7164)
GOODWIN & GOODWIN, LLP
300 Summers Street
Suite 1500
Charleston, West Virginia 25301
(304) 346-7000
cgf@goodwingoodwin.com

James C. Lester (Visiting Attorney ECF No. 33)
Nicolas H. Peck (Visiting Attorney ECF No. 34)
MAYNARD NEXSEN PC
1901 6th Ave. North
Suite 1700
Birmingham, Alabama 35203
(205) 254-1000
jlester@maynardnexsen.com
cpeck@maynardnexsen.com

*Attorneys for Vanderbilt Mortgage and Finance, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2026, I filed this document with the Clerk of Court via its electronic filing system.

*/s/ Carrie Goodwin Fenwick*
Carrie Goodwin Fenwick